■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THERESA ZEPPELIN, Appellant. [663 NYS2d 993] —Appeal by the defendant from an amended judgment of the County Court, Suffolk County (Vaughn, J.), rendered February 2, 1996, revok-

ing a sentence of probation previously imposed by the same court, upon a finding that she had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon her previous conviction of attempted criminal sale of a controlled substance in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.